FEB 4 2008

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

ANGEE BURRELL

        Plaintiff,

vs.

M.S. EVANS, WARDEN et al.,

        Defendant. S

CASE NO. C 08-0846 JSW

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, ANGEE BURRELL, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.     Are you presently employed?     Yes ✓   No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: 13¢         Net: $/2 MONTHLY

Employer: PRISON OFFICIALS

If the answer is "no," state the date of last employment and the amount of the gross and net salary

1  and wages per month which you received. (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  _____
4  _____
5  _____

6  2.  Have you received, within the past twelve (12) months, any money from any of the following
7  sources:

8      a.  Business, Profession or          Yes ____  No ✓
9          self employment
10     b.  Income from stocks, bonds,       Yes ____  No ✓
11         or royalties?
12     c.  Rent payments?                    Yes ____  No ✓
13     d.  Pensions, annuities, or           Yes ____  No ✓
14         life insurance payments?
15     e.  Federal or State welfare payments, Yes ____  No ____
16         Social Security or other govern-
17         ment source?

18 If the answer is "yes" to any of the above, describe each source of money and state the amount
19 received from each.
20 _____
21 _____

22 3.  Are you married?                        Yes ____  No ✓
23 Spouse's Full Name: _____
24 Spouse's Place of Employment: _____
25 Spouse's Monthly Salary, Wages or Income: N/A
26 Gross $ N/A                   Net $ N/A
27 4.  a.  List amount you contribute to your spouse's support:$ NONE
28     b.  List the persons other than your spouse who are dependent upon you for support

and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____NONE_____

_____

5. Do you own or are you buying a home?     Yes ___ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?     Yes ___ No ✓

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes ___ No ✓ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No ✓

_____

8. What are your monthly expenses?  STATE EXPENSE

Rent: $ _____     Utilities: _____

Food: $ _____     Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)  NONE

```
 1
 2                                                Case Number: _____
 3
 4
 5
 6
 7
 8                           CERTIFICATE OF FUNDS
 9                                    IN
10                           PRISONER'S ACCOUNT
11
12         I certify that attached hereto is a true and correct copy of the prisoner's trust account
13   statement showing transactions of _____ for the last six months at
14                                    [prisoner name]
15   _____ where (s)he is confined.
16        [name of institution]
17         I further certify that the average deposits each month to this prisoner's account for the most
18   recent 6-month period were $_____ and the average balance in the prisoner's account
19   each month for the most recent 6-month period was $_____.
20
21   Dated:_____            _____
22                                    [Authorized officer of the institution]
23
24
25
26
27
28
```

Case Number: _____

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __T48872 Burrell, Angee__ for the last six months at

SALINAS VALLEY STATE PRISON
ACCOUNTING DEPARTMENT      [prisoner name]
P.O. BOX 1020
SOLEDAD, CA 93960-1020
_____ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __6.21__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __5.43__.

Dated: __2/6/08__                    __L. Macias__
                                     [Authorized officer of the institution]

```
REPORT ID: TS3030 .701                                    REPORT DATE: 02/06/08
                                                          PAGE NO:         1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                            SALINAS VALLEY STATE PRISON
                          INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

                     FOR THE PERIOD: AUG. 01, 2007 THRU FEB. 06, 2008

ACCOUNT NUMBER : T48872                    BED/CELL NUMBER: FDB7T2000000228L
ACCOUNT NAME   : BURRELL, ANGEE            ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                              TRUST ACCOUNT ACTIVITY
        TRAN
DATE    CODE  DESCRIPTION    COMMENT      CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
-----   ----  -----------    -------      ---------   --------   -----------   -------

08/01/2007    BEGINNING BALANCE                                                   0.00

08/06*VD54 INMATE PAYROL  0410 P6/07                     4.29                     4.29
08/06*VD54 INMATE PAYROL  0410 P7/07                     5.80                    10.09
08/09 W515 COPY CHARGE    0477 MCOPY                                0.36          9.73
08/10 W515 COPY CHARGE    0482 COPY                                 0.50          9.23
08/17 W512 LEGAL POSTAGE  0543 ENVEL                                0.50          8.73
08/28*W512 LEGAL POSTAGE  0630 ENVEL                                0.90          7.83
08/29 W512 LEGAL POSTAGE  0641 LPOST                                4.60          3.23
09/04 W516 LEGAL COPY CH  0665 LCOPY                                3.23          0.00
09/07*VD54 INMATE PAYROL  0711 P8/07                     5.55                     5.55
09/24 W516 LEGAL COPY CH  0887 LCOPY                                0.55          5.00
10/04*VD54 INMATE PAYROL  0977 P9/07                     7.29                    12.29
10/04 W512 LEGAL POSTAGE  0985 ENVEL                                0.40         11.89
10/04 W515 COPY CHARGE    0989 COPY                                 0.60         11.29
10/04 W515 COPY CHARGE    0991 MCOPY                                0.48         10.81
10/12 W512 LEGAL POSTAGE  1060 ENVEL                                0.30         10.51
10/12 W512 LEGAL POSTAGE  1060 LPOST                                4.21          6.30
10/22 FC06 DRAW-FAC 6     1140 D7                                   0.01          6.29
10/23 W512 LEGAL POSTAGE  1150 ENVEL                                1.30          4.99
11/06*VD54 INMATE PAYROL  1255P10/07                     2.53                     7.52
11/06 W512 LEGAL POSTAGE  1262 LPOST                                0.39          7.13
11/06 W512 LEGAL POSTAGE  1262 LPOST                                4.60          2.53
11/19 FR01 CANTEEN RETUR  701369                                    0.01-         2.54
11/26 W512 LEGAL POSTAGE  1422 ENVEL                                0.40          2.14
12/06*VD54 INMATE PAYROL  1497P11/07                     4.16                     6.30
12/21 FC06 DRAW-FAC 6     1648 D7                                   6.30          0.00
   ACTIVITY FOR 2008
01/07*VD54 INMATE PAYROL  1739P12/07                     7.63                     7.63
01/18 FC06 DRAW-FAC 6     1890 D7                                   7.63          0.00


                        * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 03/05/02                   CASE NUMBER: *140644
COUNTY CODE:   *ALA                        FINE AMOUNT: $    2,243.63

    DATE        TRANS.    DESCRIPTION                 TRANS. AMT.     BALANCE
    ----        ------    -----------                 -----------     -------

08/01/2007   BEGINNING BALANCE                                        2,088.77
```

```
REPORT ID: TS3030  .701                                    REPORT DATE: 02/06/08
                                                           PAGE NO:         2
                         SALINAS VALLEY STATE PRISON
                         INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: AUG. 01, 2007 THRU FEB. 06, 2008

ACCT:  T48872         ACCT NAME: BURRELL, ANGEE              ACCT TYPE: I


                         * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 03/05/02                           CASE NUMBER: *140644
COUNTY CODE:   *ALA                                FINE AMOUNT: $   2,243.63

   DATE       TRANS.    DESCRIPTION                    TRANS. AMT.     BALANCE
   ----       ------    -----------                    -----------     -------
 08/06/07     VR54      RESTITUTION DEDUCTION-SUPPORT       4.76-      2,084.01
 08/06/07     VR54      RESTITUTION DEDUCTION-SUPPORT       6.44-      2,077.57
 09/07/07     VR54      RESTITUTION DEDUCTION-SUPPORT       6.16-      2,071.41
 10/04/07     VR54      RESTITUTION DEDUCTION-SUPPORT       8.08-      2,063.33
 11/06/07     VR54      RESTITUTION DEDUCTION-SUPPORT       2.80-      2,060.53
 12/06/07     VR54      RESTITUTION DEDUCTION-SUPPORT       4.62-      2,055.91
 01/07/08     VR54      RESTITUTION DEDUCTION-SUPPORT       8.47-      2,047.44

       * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
       * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                           TRUST ACCOUNT SUMMARY

  BEGINNING      TOTAL         TOTAL        CURRENT       HOLDS      TRANSACTIONS
   BALANCE      DEPOSITS    WITHDRAWALS     BALANCE      BALANCE     TO BE POSTED
  ---------    ---------    -----------    ---------    ---------    ------------
     0.00         37.25         37.25         0.00         0.00          0.00
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 2/6/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY R. Macias SVSP
TRUST OFFICE

CURRENT
AVAILABLE
BALANCE
----------
  0.00

Angel Burrell
T48872 D7-228
P.O. Box 1050
Soledad, Calif. 93960
Salinas Valley State Prison

RECEIVED
FEB 15 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk of the Court
U.S. Dist. Court of Cal. (Northern Dist.)
450 Golden Gate Ave.
Box 36060
San Francisco, Calif. 94102

LEGAL MAIL ONLY