1  ANGEE BURRELL
2  T48872   D7-228
3  P.O. Box 1050 SVSP
4  Soledad, CA. 93960
5
6  IN PRO. PER.

FILED
08 MAR -7 PM 12: 39

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10  ANGEE BURRELL,                CV 08-0846 JSW (PR)
11       PETITIONER,              NOTICE OF IN FORMA PAUPERIS
12  V.
13  M.S. EVANS, WARDEN, et al,

ON FEB. 7, 2008, THE COURT SERVED PETITIONER WITH NOTICE THAT HE DID NOT FILE AN IN FORMA PAUPERIS APPLICATION. HOWEVER, PETITIONER WROTE TO THE PRISON'S TRUST OFFICE FOR CERTIFICATE OF FUNDS IN MY ACCOUNT ALONG WITH A PAID ENVELOPE TO MAIL TO THE COURT. THE TRUST OFFICE MAILED TO PETITIONER ON FEB. 6, 2008 A COPY OF WHAT WAS SENT TO THE COURT. SEE ATTACHED COPY HERETO. THE DOCUMENT IS A CERTIFIED COPY. LET THIS ACT AS VERIFICATION OF FUNDS AND GRANT IN FORMA PAUPERIS.

DATE: MAR. 3, 2008

*Angee Burrell*
ANGEE BURRELL  T#48872


COURT PAPER
ATE OF CALIFORNIA
D. 113 (REV. 3-95)
P 94 10924

Case Number: _____

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **Burrell, Angee** T48872 for the last six months at

SALINAS VALLEY STATE PRISON
ACCOUNTING DEPARTMENT    [prisoner name]
P.O. BOX 1020
SOLEDAD, CA 93960-1020
_____ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ **6.21** and the average balance in the prisoner's account each month for the most recent 6-month period was $ **5.43**.

Dated: **2/6/08**         **L. Macias**
                          [Authorized officer of the institution]

```
REPORT ID: TS3030 .701                                    REPORT DATE: 02/06/08
                                                          PAGE NO:         1
                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                             SALINAS VALLEY STATE PRISON
                           INMATE TRUST ACCOUNTING SYSTEM
                           INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: AUG. 01, 2007 THRU FEB. 06, 2008

ACCOUNT NUMBER  : T48872                 BED/CELL NUMBER: FDB7T2000000228L
ACCOUNT NAME    : BURRELL, ANGEE         ACCOUNT TYPE:   I
PRIVILEGE GROUP:  A
                                 TRUST ACCOUNT ACTIVITY

       TRAN
DATE   CODE   DESCRIPTION      COMMENT      CHECK NUM   DEPOSITS    WITHDRAWALS    BALANCE
-----  ----   -----------      -------      ---------   --------    -----------    -------

08/01/2007    BEGINNING BALANCE                                                     0.00

08/06*VD54 INMATE PAYROL 0410 P6/07                       4.29                      4.29
08/06*VD54 INMATE PAYROL 0410 P7/07                       5.80                     10.09
08/09 W515 COPY CHARGE   0477 MCOPY                                    0.36         9.73
08/10 W515 COPY CHARGE   0482 COPY                                     0.50         9.23
08/17 W512 LEGAL POSTAGE 0543 ENVEL                                    0.50         8.73
08/28*W512 LEGAL POSTAGE 0630 ENVEL                                    0.90         7.83
08/29 W512 LEGAL POSTAGE 0641 LPOST                                    4.60         3.23
09/04 W516 LEGAL COPY CH 0665 LCOPY                                    3.23         0.00
09/07*VD54 INMATE PAYROL 0711 P8/07                       5.55                      5.55
09/24 W516 LEGAL COPY CH 0887 LCOPY                                    0.55         5.00
10/04*VD54 INMATE PAYROL 0977 P9/07                       7.29                     12.29
10/04 W512 LEGAL POSTAGE 0985 ENVEL                                    0.40        11.89
10/04 W515 COPY CHARGE   0989 COPY                                     0.60        11.29
10/04 W515 COPY CHARGE   0991 MCOPY                                    0.48        10.81
10/12 W512 LEGAL POSTAGE 1060 ENVEL                                    0.30        10.51
10/12 W512 LEGAL POSTAGE 1060 LPOST                                    4.21         6.30
10/22 FC06 DRAW-FAC 6    1140 D7                                       0.01         6.29
10/23 W512 LEGAL POSTAGE 1150 ENVEL                                    1.30         4.99
11/06*VD54 INMATE PAYROL 1255P10/07                       2.53                      7.52
11/06 W512 LEGAL POSTAGE 1262 LPOST                                    0.39         7.13
11/06 W512 LEGAL POSTAGE 1262 LPOST                                    4.60         2.53
11/19 FR01 CANTEEN RETUR 701369                                        0.01-        2.54
11/26 W512 LEGAL POSTAGE 1422 ENVEL                                    0.40         2.14
12/06*VD54 INMATE PAYROL 1497P11/07                       4.16                      6.30
12/21 FC06 DRAW-FAC 6    1648 D7                                       6.30         0.00
      ACTIVITY FOR 2008
01/07*VD54 INMATE PAYROL 1739P12/07                       7.63                      7.63
01/18 FC06 DRAW-FAC 6    1890 D7                                       7.63         0.00


                       * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 03/05/02                       CASE NUMBER: *140644
COUNTY CODE: *ALA                              FINE AMOUNT: $   2,243.63

   DATE       TRANS.    DESCRIPTION                       TRANS. AMT.    BALANCE
   ----       ------    -----------                       -----------    -------

08/01/2007    BEGINNING BALANCE                                          2,088.77
```

```
REPORT ID: TS3030  .701                                          REPORT DATE: 02/06/08
                                                                 PAGE NO:         2
                            SALINAS VALLEY STATE PRISON
                            INMATE TRUST ACCOUNT STATEMENT

                     FOR THE PERIOD: AUG. 01, 2007 THRU FEB. 06, 2008

ACCT:   T48872       ACCT NAME: BURRELL, ANGEE                   ACCT TYPE: I


                          * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 03/05/02                            CASE NUMBER: *140644
COUNTY CODE:    *ALA                                FINE AMOUNT: $     2,243.63

   DATE         TRANS.     DESCRIPTION                    TRANS. AMT.       BALANCE
   ----         ------     -----------                    -----------       -------
 08/06/07       VR54       RESTITUTION DEDUCTION-SUPPORT       4.76-        2,084.01
 08/06/07       VR54       RESTITUTION DEDUCTION-SUPPORT       6.44-        2,077.57
 09/07/07       VR54       RESTITUTION DEDUCTION-SUPPORT       6.16-        2,071.41
 10/04/07       VR54       RESTITUTION DEDUCTION-SUPPORT       8.08-        2,063.33
 11/06/07       VR54       RESTITUTION DEDUCTION-SUPPORT       2.80-        2,060.53
 12/06/07       VR54       RESTITUTION DEDUCTION-SUPPORT       4.62-        2,055.91
 01/07/08       VR54       RESTITUTION DEDUCTION-SUPPORT       8.47-        2,047.44

          * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
          * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                              TRUST ACCOUNT SUMMARY

  BEGINNING       TOTAL         TOTAL         CURRENT        HOLDS       TRANSACTIONS
   BALANCE       DEPOSITS    WITHDRAWALS      BALANCE       BALANCE      TO BE POSTED
  ---------      --------    -----------      -------       -------      ------------

    0.00          37.25         37.25          0.00          0.00            0.00
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 2/6/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY /s/ L. Macias SVSP
TRUST OFFICE

CURRENT AVAILABLE BALANCE

0.00

# PROOF OF SERVICE BY MAIL

I, Angee Burrell, DECLARE:

I AM OVER THE AGE OF 18, NOT A PARTY TO THIS ACTION, AND RESIDE / AM EMPLOYED AT

P.O. Box 1050 (SVSP) IN Monterey COUNTY.

ON 3/5/08, I DEPOSITED IN THE UNITED STATES MAIL AT

Soledad CA 93960 A COPY OF THE ATTACHED

Notice of In Forma Pauperis IN A SEALED ENVELOPE, WITH POSTAGE FULLY PRE PAID, ADDRESSED TO: Office of the clerk U.S. District Court, Northern District of Calif., 450 Golden Gate Avenue, San Francisco, Calif. 94102

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: 3/5/08

SIGNATURE OF DECLARANT: Angee Burrell

PRINT NAME OF DECLARANT: Angee Burrell

(1)