IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEE BURRELL, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> M.S. EVANS, Warden, ) <br> ) <br> Respondent. ) <br> ) <br> _____ ) | No. C 08-0846 JSW (PR) <br><br> **ORDER DIRECTING PETITIONER TO FILE OPPOSITION TO RESPONDENT'S MOTION** <br><br> (Docket Nos. 6, 7) |

    Petitioner, a prisoner of the State of California, has filed a habeas corpus petition pursuant to 28 U.S.C. § 2254 challenging the constitutional validity of his prison disciplinary proceedings that resulted in a forfeiture of "good time" credits. On June 30, 2008, Respondent filed a motion to dismiss the petition as procedurally defaulted. Thereafter, Respondent filed a reply to Petitioner's opposition. However, the Court has never received a copy of Petitioner's opposition. Therefore, Petitioner is directed to file with the Court a copy of the opposition to the motion within 15 days of the date of this order.

    IT IS SO ORDERED.

DATED: February 12, 2009

                                              JEFFREY S. WHITE <br>
                                              United States District Judge

|  |  |  |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | FOR THE | |
| 3 | NORTHERN DISTRICT OF CALIFORNIA | |

ANGEE BURRELL,

        Plaintiff,

  v.

M S EVANS et al,

        Defendant.
                              /

Case Number: CV08-00846 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 12, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Angee Burrell T-48872
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

Dated: February 12, 2009

                                  Richard W. Wieking, Clerk
                                By: Jennifer Ottolini, Deputy Clerk